UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL MYERS,

                              Plaintiff,

                                                                                                  ORDER
           v.                                                                       05-CV-446A

ANN ANDZEL and JOHN CULKIN,

                              Defendant.

---

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On April 10, 2006, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that plaintiff's motion for a temporary restraining order be denied and that plaintiff's motions for injunctive relief also be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, plaintiff's motion for a temporary restraining order and for injunctive relief are denied.  The case is referred back to Magistrate Judge Schroeder for further proceedings.

IT IS SO ORDERED.

　　　　　　　　　　　/s/ Richard J. Arcara
　　　　　　　　　　　HONORABLE RICHARD J. ARCARA
　　　　　　　　　　　CHIEF JUDGE
　　　　　　　　　　　UNITED STATES DISTRICT COURT

DATED: May 1, 2006